EUGENE KELLY, Respondent, *v.* THE MARIPOSA LAND AND MINING COMPANY and others, Appellants.

*Corporation — when enjoined from transferring its property.*

The plaintiff owned, and held as security, a large quantity of the stock of the Mariposa Land and Mining Company, a corporation organized under the laws of this State, to which a large tract of land had been conveyed, constituting the bulk of its property. A new company was afterward organized in California, to which it was proposed to convey all the property of the former corporation. The plaintiff, claiming that such transfer was made with the intent to render his stock worthless, and to deprive him of all control of the company, brought this action to restrain the defendant from carrying such transfer into effect, and to secure the appointment of a receiver. *Held*, that a temporary injunction was properly granted and a receiver appointed.

APPEAL from an order continuing an injunction and appointing a receiver.

*C. Bainbridge Smith*, for the appellants.

*Aug. F. Smith*, for the respondent.

Opinion by Daniels, J.

Brady, J., concurred.

Order modified, and as modified affirmed, with costs to abide the event of the action.